# Court of Appeals
# of the State of Georgia

ATLANTA,    April 10, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0278.  CEASAR GAITERS et al. v. 1999 CANDLER ROAD, LLC et al.**

Upon consideration of Appellee's Motion to Supplement the Record in the above appeal, it appears that the record is incomplete as six hearings were held in the trial court at which evidence was admitted.  Because all of the hearings were not transcribed and the evidence admitted at those hearings was not included in the record, this Court finds it necessary to REMAND this case to the trial court for completion of the record.

Appellant may file a new notice of appeal within 30 days of the completion of the record.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/10/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


, *Clerk.*